IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELVIS LEE CUNNINGHAM, | |
| Plaintiff, | 8:20CV451 |
| vs. | |
| CHAD HUNT, GODBERSON, Nurse; and BUFFALO COUNTY JAIL, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the court on its own motion. On December 7, 2020, the court's Memorandum and Order granting Plaintiff's Motion for Leave to Proceed IFP was returned to the court as undeliverable. (Filing 9.) On December 15, 2020, the court ordered Plaintiff to apprise the court of his current address, in the absence of which this matter would be dismissed without prejudice and without further notice. (Filing 10.) The court's order has been returned to the court by the United States Postal Service as undeliverable with no forwarding address. (Filing 11.)

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

DATED this 19th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge